UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL ACTION NO.3:06CR-156-R |
| STEPHEN J. GEIGER | DEFENDANT |

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge Dave Whalin by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The Defendant, by consent and with Patrick Renn, retained counsel, appeared in open court on December 15, 2006, for initial appearance and arraignment. The defendant, through counsel, entered a plea of guilty as to Count 1 of the information pursuant to a Rule 11(c)(1)(B) plea agreement. The United States was represented by Marisa Ford, Assistant United States Attorney. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, The Court determined that the guilty plea was knowledgeable and voluntary as to Count 1 of the information, and that the offense charged is supported by an independent basis in fact concerning each of the essential elements of such offense. Therefore, the undersigned recommend's that the plea of guilty be accepted, and that the Defendant be adjudged guilty and have sentence imposed accordingly.

**IT IS HEREBY ORDERED** that sentencing is scheduled for **March 19, 2007 at 12:00 p.m.**, before the Honorable Thomas B. Russell, United States District Court Judge.

**IT IS FURTHER ORDERED** that the defendant shall be **released** on his own recognizance bond.

The defendant shall have ten (10) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

15